**Order entered May 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00557-CV

**CHARLES ANTHONY ALLEN SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **GRANT** appellant's motion to extend time to file docketing statement and **ORDER**

the docketing statement be filed no later than May 29, 2015.


/s/      CRAIG STODDART
         JUSTICE